IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | | |
| | * | **CRIM. NO. 1:24-cr-200-BAH** |
| **RICHARD MICHAEL ROE,** | * | |
| | * | |
| **Defendant.** | * | |

*******

### ORDER

Upon reviewing the parties' Joint Motion to exclude time under the Speedy Trial Act (ECF No. 24), the Court finds that: (1) under 18 U.S.C. § 3161(h), the interests of justice will be served by continuing the trial date beyond the speedy trial date and (2) the ends of justice served by such a delay in the trial of this case outweigh the interests of the public and the Defendant in a speedy trial. Specifically, the Court concludes that:

a. The failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

b. The requested exclusion of time would allow the Defendant additional time to continue to engage in meaningful plea discussions; and

c. The failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, considering the exercise of due diligence.

And so, it is hereby ORDERED on this  25  day of November 2024 that:

1. The parties' Joint Motion is **GRANTED**;

2. The period from **November 25, 2024 through March 7, 2025**, shall be excluded from calculation under the Speedy Trial Act;

3. The interests of justice will be served by continuing the trial date beyond the speedy trial date; and

4. The ends of justice served by such a delay in the trial of this case outweigh the interests of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED.**

/s/
_____

**Brendan A. Hurson
United States District Judge**