### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 24-CR-200-BAH |
| RICHARD MICHAEL ROE, | |
| *Defendant*. | |

### ORDER

The motion of the United States to seal restitution documents in the above referenced case is hereby GRANTED.

_____
The Honorable Brandon A. Hurson
United States District Judge

January \_\_, 2026