IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 1:24-cr-00200-BAH |
| v. | : | |
| RICHARD MICHAEL ROE | : | |
| *Defendant.* | : | |

## ORDER

Before the Court is the defendant's Motion for Leave to File Sealed Materials. The proposed material to be sealed is the defendant's Sentencing Memorandum. The Court concludes that this document contains sensitive personal information, financial information and medical information as well as information contained in the Presentence Investigation Report, itself a sealed document, and should remain under seal.

For these reasons and for good cause shown, the defendant's Motion for Leave to File Sealed Materials is GRANTED. It is further ORDERED that the defendant's Sentencing Memorandum shall be SEALED until further order of this Court.

**SO ORDERED,** this ___ day of February, 2026.

_____
BRENDAN ABELL HURSON
UNITED STATES DISTRICT JUDGE